1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KNEALY PETERSEN,

                              Plaintiff,

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

                              Defendant.

Case No.:  3:20-cv-01386-BEN-JLB

**ORDER GRANTING JOINT
MOTION FOR EXTENSION OF
TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT**

**[Doc. 6]**

    The Parties jointly move for the first time to extend the time for Defendant Life Insurance Company of North America to respond to the Complaint filed on July 21, 2020. The Court has reviewed the motion and finds good cause to grant the motion exists.  The joint motion is hereby **GRANTED**.  Defendant Life Insurance Company of North America shall respond to the Complaint on or before **September 18, 2020.**

    **IT IS SO ORDERED.**

Date: August 12, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge

1